CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case: 3:21-cv-00054-WQH-BLM |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(2)** |
| v. | |
| LA PENSIONE PARTNERS III, a California Limited Partnership; and Does 1-10 | |
| Defendants. | |

# **NOTICE**

Pursuant to F.R.CIV.P.41 (a)(2), PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses the entire case, with prejudice.

Dated: April 09, 2021         CENTER FOR DISABILITY ACCESS

                    By:   s/ Amanda Seabock
                          Amanda Seabock
                          Attorneys for Plaintiff